JACOB SCHNEIDER, Appellant, v. ANNA AMATO and PROTECTIVE MORTGAGE Co., INC., Respondents.— Judgment unanimously affirmed, with one bill of costs

---

* Revd., 256 N. Y. ——.

to respondents. No opinion. Present — Lazansky, P. J., Young, Kapper, Carswell and Scudder, JJ.